ELIZABETH KNOLL, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant, Impleaded with Another.

*Knoll* v. *Third Ave. R. R. Co.*, 46 App. Div. 527, affirmed.
(Argued June 14, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Eugene Treadwell* and *Alfred Lauterbach* for appellant.

*William L. Mathot* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.